UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 19-00076 AG (ADSx) | Date | January 30, 2019 |
|---|---|---|---|
| Title | POLLUX LLC, ET AL. v. RICHARD BRADFORD WALL | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Melissa Kunig | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE CONCERNING SUBJECT MATTER JURISDICTION**

Plaintiffs Pollux LLC, Capella LLC, and Vega 25 LLC filed this breach of contract case in federal court, asserting diversity jurisdiction. The Court has concerns about whether it has jurisdiction over this case.

The Court must jealously guard its jurisdiction. *Olmos v. Residential Credit Sols., Inc.*, 92 F. Supp. 3d 954, 955 (C.D. Cal. 2015). Courts have diversity jurisdiction over cases where the parties are diverse and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332. For purposes of complete diversity, a corporation is a citizen of both its state of incorporation and the state where it has its principal place of business. *Id.* But unlike a corporation, a limited liability corporation is a citizen of every state where its members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F. 3d 894, 899 (9th Cir. 2006).

Plaintiffs' complaint fails to adequately show jurisdiction. Plaintiffs state only where each LLC was formed. They don't include any information about the citizenship of the members of the LLC, a vital piece of information in the diversity analysis.

Accordingly, Plaintiffs are ORDERED TO SHOW CAUSE by **February 8, 2019**, as to why

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 19-00076 AG (ADSx) | Date | January 30, 2019 |
|---|---|---|---|
| Title | POLLUX LLC, ET AL. v. RICHARD BRADFORD WALL | | |

this case should not be dismissed for lack of jurisdiction. Defendants may submit a response within **seven days** of Plaintiffs' filing.

                                              :   0

Initials of Preparer   mku